92 A.3d 809

Ronald GOODE, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.

No. 40 EM 2014.

Supreme Court of Pennsylvania.

May 30, 2014.

*ORDER*

PER CURIAM.

AND NOW, this 30th day of May, 2014, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **DISMISSED**. *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation not permitted). The Prothonotary is directed to forward the filings to counsel of record.